IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DISTRICT

UNITED STATES OF AMERICA                                        PLAINTIFF/RESPONDENT

v.              Civil No.       3:10-CV-03053-JLH
                Criminal No.    3:08-CR-30004-JLH

MANUEL HERNANDEZ                                                DEFENDANT/MOVANT

### **O R D E R**

Movant, a federal prisoner presently housed at the Giles W. Dalby Correctional Facility, has filed a Motion Under 28 U.S.C. Section 2255 for review by this court (Doc. 17). Having reviewed the motion, Respondent is ordered to file a response within thirty (30) days from the date of this order.

IT IS SO ORDERED this 7th day of June 2010.

/s/ J. Marschewski
James R. Marschewski
United States Magistrate Judge