IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES                                                                                    PETITIONER

v.                         CIVIL NO.        3:10-CV-03053
                           CRIMINAL NO. 3:08-CR-30004

MANUEL HERNANDEZ                                                                        RESPONDENT

O R D E R

Before the court is the Defendant's Motion for Clarification (Doc. 24) filed July 29, 2010. The Defendant ask for clarification of the court's Report and Recommendation (Doc. 22) which was issued before the Response (Doc. 23) filed July 29, 2010 and seeks additional time to file objections.

The court has reviewed the Response filed by the Defendant and finds that it does not put forth any new argument but persist in the proposition that the Defendant's conviction for Trafficking in Drugs in the Second Degree was not an aggravated felony because it was only a Class B Felony under Missouri law. (Doc. 23, p. 3).  For the reasons stated in the Report and Recommendation the court rejects the Defendant's contention.

Because the Defendant did file his Response on July 29, 2010 the Defendant's Motion for Clarification is GRANTED and the parties shall be allowed additional time to file objections.

**The parties have fourteen days from receipt of this order in which to file written objections to the Report and Recommendation (Doc. 22) pursuant to 28 U.S.C. Section 636(b)(1).  The failure to file timely written objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

IT IS SO ORDERED this August 10, 2010.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge