```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                       **Criminal No. 08-30004**
                              **Civil No. 10-3053**

**MANUEL HERNANDEZ**                                                       **DEFENDANT**

### O R D E R

    NOW on this 1ST day of November 2010, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 22) and Defendant's response (Doc. 26).  The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds as follows:

    1.  On December 8, 2008, Defendant pled guilty to illegal reentry into the United States after deportation for an aggravated felony, in violation of 8 U.S.C. §§ 1326(a) and 1326(b)(2).

    2.  On March 3, 2009, the Court sentenced Defendant to thirty-three months imprisonment, three years supervised release, a fine and a special assessment.

    3.  On June 4, 2010, Defendant filed a 28 U.S.C. § 2255 motion to vacate his sentence on the following grounds:

    *   Defendant admits that he was previously convicted of a drug trafficking offense in Missouri in which the state court imposed a sentence of seven (7) years.  Defendant asserts that the conviction should not have been considered as an "aggravated

felony" in the computation of his sentence, which resulted in a longer prison sentence than he otherwise would have received.

   *   Defendant concedes that he signed a "Stipulated Request and Waiver" in which Defendant waived his right to a judicial review of his final order of deportation.  Defendant asserts that his counsel was ineffective in failing to attack the deportation order because Defendant was "overtaken by the improper coercion of the INS Agents."

   4.   The Magistrate Judge thoroughly addressed Defendant's arguments in his Report and Recommendation, and Defendant has cited neither law nor fact to support his objection.

   **IT IS THEREFORE ORDERED** that Defendant's objection to the Report and Recommendation is **overruled.**

   **IT IS FURTHER ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 22) is hereby **adopted in *toto*;**

   **IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Motion to vacate (Doc. 17) is **DENIED.**

        **IT IS SO ORDERED.**

                              **/s/ Jimm Larry Hendren**
                              **HON. JIMM LARRY HENDREN**
                              **UNITED STATES DISTRICT JUDGE**